# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                         *
Michael F. Curtin and Vivien G. Johnson,                 *
Personal Representatives of the                          *
ESTATE OF ELEANOR CLOSE BARZIN,                          *
Deceased,                                                *
                                                         *
                        Plaintiffs,                      *
                                                         *   No. 09-109T
              v.                                         *
                                                         *   (Filed: January 10, 2012)
THE UNITED STATES,                                       *
                                                         *
                        Defendant,                       *
                                                         *
        -AND-                                            *
                                                         *
THE UNITED STATES,                                       *
                                                         *
                        Third-Party Plaintiff,           *
                                                         *
              v.                                         *
                                                         *
ANTAL POST DE BEKESSY,                                   *
                                                         *
                        Third-Party Defendant.           *
                                                         *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ORDER**

      The Court's December 1, 2011 Opinion incorrectly directed the Clerk to dismiss plaintiffs' complaint because it required the Clerk to enter judgment on all claims even though the Court has not yet resolved defendant's third-party claim. *See* RCFC 54(b). Accordingly, on this date, January 10, 2012, the Court is filing an amended opinion, and **the Court hereby directs the Clerk to vacate the December 1, 2011 Judgment and mark the case as open.** After resolving the defendant's third-party claim, the Court will direct the Clerk to enter judgment on all claims, including a judgment that plaintiffs' case is dismissed.

      s/ Lawrence S. Margolis
      LAWRENCE S. MARGOLIS
      Senior Judge, U.S. Court of Federal Claims